# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Jeffrey S | U.S. District, Northern Calif | 04/30/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Reviewing Officer_____ Date_____ |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2007 MAY -7 A 10: 13
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 04/30/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 04/30/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab National Tax Exempt Money Market Fund | A | Interest | K | T | | | | | |
| 2. ISHARES MSCI Eafe Fund | A | Dividend | K | T | | | | | |
| 3. GM Corporate 0% Bonds | | None | K | T | | | | | |
| 4. ISHARES DJ US Basic Materials | A | Dividend | K | T | | | | | |
| 5. ISHARES Goldman Sach Tech 1 | A | Dividend | L | T | | | | | |
| 6. ISHARES US Consumer Noncyclic | B | Dividend | L | T | | | | | |
| 7. ISHARES US Consumer Cyclic | A | Dividend | L | T | | | | | |
| 8. ISHARES DJ US Energy Sector | A | Dividend | L | T | | | | | |
| 9. ISHARES DJ US Financial Sector | B | Dividend | M | T | | | | | |
| 10. ISHARES DJ US Healthcare Sector | A | Dividend | L | T | | | | | |
| 11. ISHARES DJ US Industrial Sector | A | Dividend | | | Sell | 06/01 | L | D | |
| 12. ISHARES DJ US Telecommunications | B | Dividend | L | T | | | | | |
| 13. ISHARES DJ US Utilities Sector | A | Dividend | K | T | | | | | |
| 14. Consumer Discrectional Sector SPDR | A | Dividend | L | T | | | | | |
| 15. Consumer Staples Select Sector SPDR Trust | A | Dividend | L | T | | | | | |
| 16. Financial Select Sector SPDR | B | Dividend | L | T | Buy | 6/1 | K | | See Note 1 |
| 17. Health Care Select Sector SPDR | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Industrial Select Sector SPDR | A | Dividend | L | T | Buy | 6/1 | K | | See Note 1 |
| 19. Technology Select Sector SPDR | A | Dividend | L | T | | | | | |
| 20. Legg Mason Partners Diversified Large Cap Growth Fund | A | Dividend | J | T | | | | | See Note 2 |
| 21. Legg Mason Partners Capital Perservation Fund | B | Dividend | L | T | | | | | See Note 2 |
| 22. Oppenheimer Limited Term Govt Class B | D | Dividend | M | T | | | | | |
| 23. Federated Fund for US Govt Sec. | B | Dividend | L | T | | | | | |
| 24. ISHARES - S&P Euro 350 Index | A | Dividend | K | T | Buy | 06/08 | K | | |
| 25. Tiers Principal Protected (DJQ) | | None | L | T | | | | | |
| 26. Tiers Principal Protected (NAS) | | None | L | T | | | | | |
| 27. State of California Bond 6.75% | A | Interest | | | Redemption | 6/30 | K | | |
| 28. Orrick Investments 2000 LLC | B | Interest | J | U | | | | | |
| 29. Pollock Montgomery Washington Tower Investors II Partnership | B | Rent | J | U | | | | | |
| 30. Intercarp Limited Partnership | F | Rent | K | U | | | | | |
| 31. Best of America - Fixed Account (formerly Best of America) | | None | M | T | Partial Sell | 01/15 | L | | |
| 32. Fidelity VIP Equity Income | | None | K | T | | | | | |
| 33. Fidelity VIP Contrafund | | None | L | T | | | | | |
| 34. Legg Mason Partners Investor Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (formerly Salomon Brothers | | | | | | | | | |
| 35. American Century VP Value 1 | | None | K | T | | | | | |
| 36. Lincoln Financial Annuity - Lincoln VIP Moderate Profile | | None | L | T | Buy | 01/15 | L | | |
| 37. | | | | | | | | | |
| 38. Citicorp IRA # 1 | B | Dividend | M | T | | | | | |
| 39. MFS Total Return Fund A | | | | | | | | | |
| 40. Legg Mason Partners Fundamental Value Fund Class B | | | | | | | | | See Note 2 |
| 41. Legg Mason Partners Capital Preservation Fund B | | | | | | | | | See Note 2 |
| 42. Tiers Principal Protected | | | | | | | | | |
| 43. Citicorp IRA # 2 | A | Dividend | K | T | | | | | |
| 44. MFS Total Return Fund A | | | | | | | | | |
| 45. Leggs Mason Partners Value Fund Class B | | | | | | | | | See Note 2 |
| 46. Leggs Mason Partners Capital Preservation Fund B | | | | | | | | | See Note 2 |
| 47. | | | | | | | | | |
| 48. Charles Schwab - 401K/IRA Plan | F | Dividend | P1 | T | | | | | |
| 49. Gold Bank CD | | | | | Maturity | 10/31 | L | | |
| 50. Schwab Money Market Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. La Salle Bank CD | | | | | | | | | |
| 52. Bank of America Corp Bond | | | | | Part. Redemp | 9-15 | K | | |
| 53. Chase Manhattan Corp Bond | | | | | | | | | |
| 54. Ford Motor Credit Note | | | | | | | | | |
| 55. General Motors Acceptance Bond | | | | | Part. Redemp | 1-15 | K | | |
| 56. Citigroup Inc | | | | | | | | | |
| 57. Coca-Cola Enterprises | | | | | | | | | |
| 58. Merrill Lynch Corp Bonds | | | | | Buy | 9/15 | K | | See Note 1 |
| 59. Counrtywide Home Loan | | | | | | | | | |
| 60. JP Morgan Corp Bond | | | | | | | | | |
| 61. Household Finance HSBC Corp | | | | | | | | | |
| 62. Nation Bank Corp Bond | | | | | | | | | |
| 63. International Lease Finance Corp | | | | | Buy | 10-16 | K | | See Note 1 |
| 64. Lehman Brothers Holdings | | | | | | | | | |
| 65. Morgan Stanley | | | | | | | | | |
| 66. Target Corp | | | | | | | | | |
| 67. Phoenix Quarterly Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C=$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. General Electric Corp Bond | | | | | | | | | |
| 69. Financial Select Sector SPDR | | | | | | | | | |
| 70. IBM Corp Bond | | | | | Redemption | 10/1 | K | | |
| 71. India Fund, Inc | | | | | Buy | 3/16 | J | | See Note 1 |
| 72. Industrial Select Sect SPDR | | | | | | | | | |
| 73. ISHARES FTSE/Xinua China 25 | | | | | Buy | 2/21 | J | | See Note 1 |
| 74. Street Tracks Gold Trust | | | | | | | | | |
| 75. JP Morgan Chase and Co Bond | | | | | | | | | |
| 76. Bellsouth Cap Funding | | | | | Buy | 11/7 | L | | |
| 77. ISHARES - MSCI Australia Index | | | | | Buy | 8/1 | J | | |
| 78. ISHARES - MSCI Canda Index | | | | | Buy | 8/1 | J | | |
| 79. ISHARES - MSCI EAFE Index Fund | | | | | Buy | 9/29 | J | | |
| 80. ISHARES - MSCI Emerging Markets Index | | | | | Buy | 2-1 | J | | |
| 81. ISHARES - MSCI Japan Index | | | | | Buy | 1/26 | J | | |
| 82. ISHARES - MSCI Malaysia Index | | | | | Buy | 6/2 | J | | |
| 83. ISHARES - S&P Europe 350 Index | | | | | Buy | 9/29 | K | | |
| 84. ISHARES - S&P Latin America 400 Index | | | | | Buy | 2/21 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 04/30/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Note 1  Additional purchases of these stocks and bonds were acquired during the reporting period, increasing the investment amounts.

Part VII - Note 2  Legg Mason Partners investments were formerly known as Smith Barney.

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 04/30/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu                                                    Date _April 30, 2007_

NOTE                        ILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND C

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544